# Exhibit 2

**THE STATE OF TEXAS §**

**COUNTY OF MONTGOMERY §**

**AFFIDAVIT OF JORGE ROMO, JR.**

**BEFORE ME**, the undersigned authority, on this day personally appeared Jorge Romo, Jr., who swore on oath that the following facts are true:

"My name is Jorge Romo, Jr. I am over 18 years of age, of sound mind, and fully competent to make this affidavit. I have personal knowledge of the facts stated herein and they are all true and correct."

"I am a natural-born citizen of the United States, born in Laredo, Texas."

"I reside in The Woodlands, Texas."

SIGNED on September 9th, 2024.

Jorge Romo, Jr., Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on September 9th 2024, by Jorge Romo, Jr.

Notary Public, State of Texas

Xavier Layne Adkins
My Commission Expires
7/3/2027
Notary ID 134436154