# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OSCAR FERNANDO GONZALEZ OBREGON,** | § | |
| | § | |
| ***Plaintiff*** | § | |
| | § | |
| | § | **C. A. NO. _______________** |
| **V.** | § | |
| | § | |
| **JORGE ROMO, JR.** | § | |
| | § | |
| ***Defendant*** | § | |

---

**COUNSEL OF RECORD**

---

1. Jackson Walker, L.L.P.
   Javier Gonzalez
   Texas State Bar No. 24119697
   Email: jgonzalez@jw.com
   Tel: (713) 752-4453
   1401 McKinney, Suite 1900
   Houston, Texas 77010
   Attorneys for Plaintiff

2. San Miguel Attorneys, PC
   Alan Ray San Miguel
   Texas Bar No. 24072323
   Southern District Bar No. 1132614
   Grant McEwen
   Texas Bar No. 24062880
   Email: service@sanmiguel.law

25211 Grogans Mill Road, Suite 110
The Woodlands, Texas 77380
Tel: (713) 795-5299
Fax: (713) 554-0611
Attorneys for Defendant