# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OSCAR FERNANDO GONZALEZ OBREGON,** | § | |
| | § | |
| ***Plaintiff*** | § | |
| | § | |
| | § | **C. A. NO. ________________** |
| **V.** | § | |
| | § | |
| **JORGE ROMO, JR.** | § | |
| | § | |
| ***Defendant*** | § | |

---

## INDEX OF MATTERS

---

| | |
|---|---|
| Exhibit 1-A | Plaintiff's Original Petition |
| Exhibit 1-B | Affidavit of Substitute Service |
| Exhibit 1-C | Defendant's Original Answer |
| Exhibit 1-D | Docket Sheet |
| Exhibit 2 | Affidavit of Jorge Romo, Jr. |
| Exhibit 3 | List of Counsel of Record |
| Exhibit 4 | Index of Matters Being Filed |