United States District Court
Southern District of Texas
**ENTERED**
January 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| OSCAR FERNANDO GONZALEZ OBREGON, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-24-3371 |
| JORGE ROMO, | § § | |
| Defendant. | § | |

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

/s/ Javier Gonzalez, counsel for Plaintiff

/s/ Alan San Miguel, counsel for Defendant

ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge <u>Dena H. Palermo</u> to conduct all further proceedings, including final judgment.

January 14, 2025
Date

Ewing Werlein, Jr.
United States District Judge