United States District Court
Southern District of Texas
**ENTERED**
April 01, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **OSCAR FERNANDO GONZALEZ OBREGON** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **CAUSE NO. 4:24-CV-03371** |
| **v.** | § | |
| | § | |
| **JORGE ROMO** | § | |
| | § | |
| ***Defendant.*** | § | |

**<u>FINAL JUDGMENT</u>**

This Court previously granted Plaintiff Oscar Fernando Gonzalez Obregon's Motion for Recognition of Foreign Judgment [Dkt. No. 26]. In accordance with said ruling, incorporated herein as findings of facts and conclusions of law, the Court issues this Final Judgment on the matters raised before it:

The Mexican Judgment, attached to Plaintiff's Motion as Exhibit H and H-1, is recognized and domesticated as: 1) conclusive between the parties to the same extent as the judgment of a sister state entitled to full faith and credit in this state would be conclusive; and (2) enforceable in the same manner and to the same extent as a judgment rendered in this state.

Oscar Fernando Gonzalez Obregon may submit further evidence via motion to establish the attorney fees incurred to date.

Signed on March 31, 2025, at Houston, Texas.

Dena Palermo

Dena Hanovice Palermo
United States Magistrate Judge