**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| OSCAR FERNANDO GONZALEZ OBREGON | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil File No. 4:24-CV-03371 |
| | § | |
| JORGE ROMO | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE OF APPEAL**

Notice is hereby given that Jorge Romo, Defendant in the above case, appeals to the United States Court of Appeals of the 5th Circuit the Final Judgment recognizing and domesticating the Mexican Judgment, issued by Magistrate Judge Dena Hanovice Palermo and entered in this action on April 1, 2025.

Dated: April 29, 2025

Respectfully submitted,

Stibbs & Co., PC

*/s/Michael D. Ellis*

Michael D. Ellis
Texas Bar No. 24081586
Federal Bar No. 2311196
mellis@stibbsco.com
831 Crossbridge Drive
Spring, Texas 77373
Telephone: (281) 367-2222
Facsimile: (281) 681-2330

**ATTORNEY-IN-CHARGE FOR DEFENDANT JORGE ROMO**

**OF COUNSEL FOR DEFENDANT:**

Dana C. Huebner
Texas Bar No. 24126097
Federal Bar No. 3715062
dhuebner@stibbsco.com
831 Crossbridge Drive
Spring, Texas 77373
Telephone: (281) 367-2222
Facsimile: (281) 681-2330

## CERTIFICATE OF SERVICE

I certify that on April 29, 2025, a true and correct copy of the foregoing instrument was served upon all counsel of record and/or parties via ECF, in compliance with Fed. R. Civ. P. 5.

JACKSON WALKER L.L.P.
Javier Gonzalez
jgonzalez@jw.com
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200

**COUNSEL FOR PLAINTIFF**

*/s/Michael D. Ellis*
Michael D. Ellis