IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OSCAR FERNANDO GONZALEZ OBREGON | § § § § § | |
| *Plaintiff*, | § | |
| v. | § | CAUSE NO. 4:24-CV-03371 |
| JORGE ROMO | § § § | |
| *Defendant*. | § | |

## PLAINTIFF'S AMENDED REQUEST FOR ABSTRACT OF JUDGMENT AND WRIT OF EXECUTION

Plaintiff and Judgment Creditor Oscar Fernando Gonzalez Obregon ("Gonzalez," "Plaintiff," or "Judgment Creditor") files this Amended Request for Abstract of Judgment and Writ of Execution and respectfully pleads as follows:

Consistent with the Court's Order [Dkt. No. 97], Plaintiff attaches: (1) an amended completed abstract of judgment; and (2) an amended completed writ of execution.[1] Plaintiff requests the Clerk of Court sign both the abstract of judgment and the writ of execution so that a marshal, sheriff, or constable may begin executing on Defendant's non-exempt property, including specifically the nonexempt property located at his residence at 106 Mediterra Way, The Woodlands, Texas 77389.

---

[1] *See* Exhibit A – Amended Abstract of Judgment; Exhibit B – Amended Writ of Execution.

45653680

RESPECTFULLY SUBMITTED,

**JACKSON WALKER L.L.P.**

BY: _/s/ Javier Gonzalez_
JAVIER GONZALEZ
Texas State Bar No. 24119697
S.D. Texas Bar No. 3722324
jgonzalez@jw.com
Tel. (713) 752-4200
1401 McKinney, Suite 1900
Houston, TX 77010

**ATTORNEYS FOR PLAINTIFF
OSCAR FERNANDO GONZALEZ
OBREGON**

## CERTIFICATE OF SERVICE

I certify that on June 25, 2025, a true and correct copy of the foregoing instrument was served upon all counsel of record and/or parties via ECF, in compliance with Fed. R. Civ. P. 5.

**San Miguel Attorneys, P.C.**
Alan Ray San Miguel
Texas Bar No. 24072323
Southern District Bar No. 1132614
Grant McEwen
Texas Bar No. 24062880
25211 Grogans Mill Road, Suite 110
The Woodlands, TX 77380
713-795-5299
Fax: 281-907-8784
Email: service@sanmiguel.law

**ATTORNEYS FOR DEFENDANT
JORGE ROMO**

_/s/ Javier Gonzalez_
Javier Gonzalez