**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| OSCAR GONZALEZ OBREGON | § | |
| | § | ACTION NUMBER: 4:24-CV-03371 |
| *versus* | § | |
| JORGE ROMO | § | |

**ABSTRACT OF JUDGMENT**

| | |
|---|---|
| Date of Judgment Entered: | 01/03/2023 (recognized 04/01/2025) |
| Judgment in Favor of: | OSCAR FERNANDO GONZALEZ OBREGON |
| Judgment Against: | JORGE ROMO F/K/A JORGE ROMO JR. |
| Amount of Judgment: | $892,271.36 USD ($17,000,000 MXN) |
| Amount of Costs: | $298,090.02 USD (10% of amount due) |
| Rate of Interest: | %3.08 simple interest monthly since 02/01/2019 |
| Amount of Credits Since Judgment: | $ 0 |
| Amount Due: | $3,278,990.11 |

($892,271.36 + $298,090.02 + ($27,481.957 * 76 months)

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: 6/26/25

CLERK OF COURT

By: [signature]
Deputy Clerk

*O:Houforms/Forms-Web*