**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| OSCAR FERNANDO GONZALEZ OBREGON | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil File No. 4:24-CV-03371 |
| | § | |
| JORGE ROMO | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE OF APPEAL**

Notice is hereby given that Jorge Romo, Defendant in the above case, appeals to the United States Court of Appeals of the 5th Circuit the First Amended Turnover Order, Charging Order, and Order Appointing Receiver (Doc. 107) signed and entered by Magistrate Judge Dena Hanovice Palermo in this action on July 7, 2025.

Dated: July 30, 2025.

Respectfully submitted,

By: ___*/s/ Alan N. Magenheim*___
Alan N. Magenheim
State Bar No. 12816200
**MAGENHEIM ◊ ZEHNDER**
3701 Kirby Dr., Ste. 730
Houston, TX 77098
(713) 529-1700
(713) 529-1705 (Fax)
Alan@magenheimlaw.com

ATTORNEY FOR JORGE ROMO

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2025, a true and correct copy of this Motion for Extension of Time was served on all counsel of record via the Court' CM/ECF filing system in accordance with applicable rules of procedure.

*/s/ Alan N. Magenheim*

Alan N. Magenheim