**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OSCAR FERNANDO GONZALEZ OBREGON** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CAUSE NO. 4:24-CV-03371** |
| | § | |
| **JORGE ROMO** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S RELEASE OF JUDGMENT**

1. On or about April 1, 2025, the Court in this matter entered final judgment in favor of Plaintiff and against Defendant and abstract of judgment on June 26, 2025 (the "Final Judgment").

2. Plaintiff now acknowledges that he has fully released, and is fully releasing, the Final Judgment in accordance with the Parties' Settlement Agreement. For the avoidance of doubt, nothing in this Release releases any obligation under the Parties' Settlement Agreement.

______________________________
Oscar Fernando Gonzalez Obregon

**Approved as to form:**

RESPECTFULLY SUBMITTED,

**JACKSON WALKER L.L.P.**

BY: */s/ Javier Gonzalez*

JAVIER GONZALEZ
Texas State Bar No. 24119697
S.D. Texas Bar No. 3722324
Tel. (713) 752-4200
1401 McKinney, Suite 1900
Houston, TX 77010

**ATTORNEYS FOR PLAINTIFF**
**OSCAR FERNANDO GONZALEZ OBREGON**

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2025, a true and correct copy of the foregoing instrument was served upon all counsel of record and/or parties via ECF, in compliance with Fed. R. Civ. P. 5.

**San Miguel Attorneys, P.C.**
Alan Ray San Miguel
Texas Bar No. 24072323
Southern District Bar No. 1132614
Grant McEwen
Texas Bar No. 24062880
25211 Grogans Mill Road, Suite 110
The Woodlands, TX 77380
713-795-5299
Fax: 281-907-8784
Email: service@sanmiguel.law

**ATTORNEYS FOR DEFENDANT**
**JORGE ROMO**

**VINSON & ELKINS LLP**
Matthew C. Hoffman
Fed. I.D. No. 2422946
Ethan J. Nutter
Fed. I.D. No. 3716563
Ryan Y. Sun
Fed. I.D. No. 3708326
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel: (713) 758-2838
moffman@velaw.com
enutter@velaw.com
rsun@velaw.com

**ATTORNEYS FOR INTERVENOR**
**6J ACE MARKETING INC.**

*/s/ Javier Gonzalez*
Javier Gonzalez