**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OSCAR FERNANDO GONZALEZ OBREGON,** | § | |
| ***Plaintiff*** | § | |
| | § | **C. A. NO. 4:24-cv-03371** |
| **V.** | § | |
| **JORGE ROMO, JR.** | § | |
| ***Defendant*** | § | |

**JOINT STIPULATION BY PLAINTIFF AND DEFENDANT**

Plaintiff, OSCAR FERNANDO GONZALEZ OBREGON and Defendant JORGE ROMO, JR. and stipulate as follows:

The parties hereby stipulate that David Fettner, Receiver shall release the title to the 2025 McLaren GTS to Indigo Auto Group.

All other matters relating to receiver's fees remain pending before the Court.

Respectfully submitted,

**SAN MIGUEL ATTORNEYS, PC**

By: __*/s/ Alan Ray San Miguel*________
Alan Ray San Miguel
Texas Bar No. 24072323
S.D. of Texas No. 1132614
Grant McEwen
Texas Bar No. 24062880
S.D. of Texas Bar No. 3825055
Email: service@sanmiguel.law
10077 Grogans Mill Road, Suite 135
The Woodlands, Texas 77380
Tel: (713) 795-5299
Fax: (713) 554-0611

ATTORNEY IN CHARGE FOR



47407640v.1

DEFENDANT JORGE ROMO

By: *\/s\/ Javier Gonzalez*
Javier Gonzalez
Texas State Bar No. 24119697
**JACKSON WALKER L.L.P.**
jgonzalez@jw.com
Tel. (713) 752-4200
1401 McKinney, Suite 1900
Houston, TX 77010

ATTORNEYS FOR APPELLEE OSCAR FERNANDO GONZALEZ OBREGON

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2025, a true and correct copy of this stipulation has been circulated to all parties herein.

*/s/ Alan Ray San Miguel*
______________________
Alan Ray San Miguel