United States Courts
Southern District of Texas
FILED
*October 30, 2025*
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

A True Copy
Certified order issued Oct 30, 2025

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

---

No. 25-20160
CONSOLIDATED WITH
No. 25-20318

---

OSCAR FERNANDO GONZALEZ OBREGON,

*Plaintiff—Appellee,*

*versus*

JORGE ROMO,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-3371

---

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of October 30, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Melissa Mattingly

By: ______________________

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 30, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 25-20160 cons. w/ 25-20160
Gonzalez Obregon v. Romo
USDC No. 4:24-CV-3371

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Melissa Mattingly
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc w/encl:
Mr. Javier Gonzalez Jr.
Mr. Alan Neil Magenheim