United States District Court
Southern District of Texas
**ENTERED**
December 18, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| OSCAR FERNANDO GONZALEZ OBREGON, *Plaintiff*, | § § § § | |
| vs. | § | Case No. 4:24-cv-03371 |
| JORGE ROMO, JR., *Defendant*. | § § § | |

**AGREED ORDER DETERMINING RECEIVER'S FEES, DIRECTING ASSET DISPOSITION, AND TERMINATING RECEIVERSHIP**

Pending before the Court is the Receiver's motion for determination of his fees and costs, ECF No. 138, and 6J's Ace Marketing Inc.'s motion to release the Rolls Royce Spectre, ECF No. 121. On December 17, 2025, counsel, Jorge Romo, Jr., and the Receiver appeared for a hearing on the pending motions as well as the parties agreed orders determining the Receivers fees and other outstanding issues, including the Receiver's release of certain property. ECF Nos. 121, 154, 158. At the hearing, counsel represented that the parties and the Receiver have reached a compromise and settlement regarding all issues relating to the Receiver's fees, costs, and the discharge of the Receiver.

**I. Appointment and Scope**

David A. Fettner, located at 6700 Sands Point Drive, Houston, Texas 77074, was appointed as Court-Appointed Receiver on July 7, 2025. Order, ECF No. 107. Receiver's duties included taking possession of, managing, controlling, and liquidating the non-exempt assets of Judgment Debtor Jorge Romo, Jr. The Court's initial order authorized a conditional fee, subject to later determination of reasonableness based on evidence of work performed and results obtained. *Id.* at 10 (citing *Klinek v. LuxeYard, Inc.*, 672 S.W.3d 830, 842 (Tex. App.—Houston [14th Dist.] 2023, no pet.)). The parties have now reached a full and final settlement regarding the Receiver's fees, costs, and disposition of certain assets.

**II. Findings on Reasonableness of Fees**

The Receiver's fee should be measured by the value of the services rendered, including the results achieved. The Court finds that the parties have agreed that the fees requested by the Receiver are reasonable and necessary and that the fees are commensurate with the value to the estate the Receiver created. The parties have agreed that, taking into account, the nature, extent, and value of the administered estate, and

- the complexity and difficulty of the work performed;

- the time spent;
- the knowledge, experience, labor, and skill required and devoted by the Receiver;
- the diligence and thoroughness displayed; and
- the results accomplished

a total final fee of $US175,000.00 for David A. Fettner is fair, reasonable, and necessary ("Fee").

**III. Findings on Expenses and Application of Funds**

The Receiver has incurred unreimbursed general expenses totaling $US2,022.40, which shall be taxed as costs of court against the Judgment Debtor. The Receiver currently holds $US5,617.68 in cash on behalf of the receivership estate. These funds shall be applied first to the Receiver's unreimbursed expenses ($US2,022.40), with the remaining $US3,595.28 credited toward the Receiver's fee.

**IV. Turnover of Settlement Funds**

The Judgment Debtor has delivered certified funds totaling $US175,000.00 to the IOLTA Trust Account of his attorney, Alan N. Magenheim of Magenheim ◊ Zehnder. Upon the entry of this Order, Judgment Debtor's counsel, Mr. Magenheim shall immediately deliver $US171,404.72 ($US175,000 less $US3,595.28) to the Receiver.

**V. Vehicle Title Restraints and Release**

The Receiver previously placed freezes with the Texas Department of Motor Vehicles on the titles and registrations for the following non-exempt vehicles as identified in the First Amended Turnover Order:

- 2023 Cadillac Escalade (VIN: 1GYS4SK97PR545732)
- 2025 McLaren GTS (VIN: SBM22GCA6SW003105)
- 2023 Ferrari Roma (VIN: ZFF98RNA2N0279708)
- 2024 Rolls Royce Spectre (VIN: SCATK2C02RU223328)
- 2025 Rolls Royce Cullinan (VIN: SLA13HA04SU226697)

Within two (2) business days of the Receiver's receipt of the $US171,404.72 described above, all freezes and title restraints on these vehicles shall be released.

**VI. Rolls Royce Spectre Storage Fees and Release**

On July 24, 2025, the Receiver took possession of the 2024 Rolls Royce Spectre (VIN: SCATK2C02RU223328) and stored it with Apple Towing. Judgment Debtor acknowledges storage fees accrue at $US10.00 per day since July 24, 2025, plus $250.00 in miscellaneous fees. The current storage amount is $US1,503.20 due as of November 21, 2025, and increases by ten dollars ($10) per day. Apple Towing shall release the vehicle to the 6J Ace Marketing Inc. upon the Judgment Debtor's full payment of accrued storage and towing fees.

## VII. Watches Held by Receiver

The Receiver took possession of the following luxury watches, as described in the Receiver's Report dated August 12, 2025. These watches have been determined to be the separate, non-exempt property of Judgment Debtor Jorge Romo, Jr., and remain in the Receiver's possession:

| Brand | Model | Type | Details |
|---|---|---|---|
| Hublot | Classic Fusion Tour Auto 2014 Chronograph | Automatic | |
| Hublot | Automatic | Automatic | model unspecified |
| Cartier | Men's Tank MC Automatic | Automatic | |
| Rolex | Oyster Perpetual Air-King | | |
| Omega | Seamaster Co-Axial Chronometer | | 300m/1000ft |
| Franck Muller | Vanguard Crazy Hours America | | |
| Franck Muller | Vanguard Slim Vintage V4I SS6ATFOVIN5NBL | | |
| Baume & Mercier | Riviera Auto Chronograph M0A 10625 | | |
| Frederique Constant | Vintage Rally FC-350CH5B4 | | |
| Breitling | Transocean Chronograph Men's | | |
| Bulgari | Octo | | rose gold bezel |
| Bulgari | Octo Automatic 41mm Black Dial Men's Watch 102738 | Automatic | 41mm, 102738 |

Three (3) business days after Receiver's receipt of $US171,404.72 Receiver shall make the Watches available for pick-up by Judgment Debtor, his counsel of record, someone the Judgment Debtor designates, or his counsel, in writing. Such person who retrieves the watches must provide government issued photo ID when retrieving the Watches. Judgment Debtor or his agent shall sign a release, acknowledging receipt upon his receipt of the Watches.

## VIII. Orders

IT IS THEREFORE **ORDERED, ADJUDGED, AND DECREED** that the Receiver's motion for fees, ECF No. 138, is **GRANTED**, and 6J Ace Marketing Inc.'s motion to release the Rolls Royce Spectre, ECF No. 121, is **GRANTED**, as follows:

1. The Receiver's total final fee of $US175,000.00 is **APPROVED** in accordance with the agreement of the parties as being reasonable and necessary and beneficial to the estate and taxed against Judgment Debtor. The Receiver's unreimbursed expenses of $US2,022.40 are **APPROVED** in accordance with the agreement of the parties and taxed as costs of court against the Judgment Debtor.

2. The Receiver is **ORDERED** to apply the $US5,617.68 currently held as follows: first to satisfy unreimbursed expenses of $US2,022.40, with the remaining $US3,595.28 credited toward the approved fee.

3. Judgment Debtor's counsel, Alan N. Magenheim, is **ORDERED** to immediately deliver the $US171,404.72 in certified funds from his IOLTA Trust Account to the Receiver.

4. The Receiver is **ORDERED** to release all freezes and title restraints on the five vehicles identified above upon Receiver's receipt of the $US171,404.72 payment.

5. During the next thirty days, in the event the Receiver receives a written request from third parties who the Receiver previously contacted asking him for the status of this matter, Receiver is **ORDERED** to respond to those third parties that "the matter is fully resolved, and the case is closed." Judgment Debtor has requested that the Receiver promptly, but in no longer than thirty (30) days, advise the following banks of the dismissal of the case in the same manner that the Receiver contacted them initially:

   Lamborghini Financial services
   American Express
   CW26
   JORGE MEJIA CPA
   USBANK
   GM FINANCIAL
   SIMMONS BANK
   SOUTH STATE BANK INCLUDING BANKCORP
   GRAND PACIFIC
   INDIGO AUTO GROUP
   IBC
   GEORGE LEE

   Judgment Debtor may request in writing that the Receiver contact up to five additional third parties. Judgment Debtor will provide contact information to the Receiver. The Receiver is not required to respond in any other manner to inquiries received more than thirty days after the entry of this Order.

6. The Receiver is **ORDERED** to release the title to the 2024 Rolls Royce Spectre (VIN: SCATK2C02RU223328). Apple Towing shall release the Spectre to 6J Ace Marketing Inc. after the Judgment Debtor pays all accrued storage and towing fees due to Apple Towing. The Rolls Royce Spectre shall not be released to the Judgment Debtor.

7. The Receiver's accounting, as reflected in the stipulations regarding cash on hand and expenses, is **APPROVED**.

8. Upon Receiver's receipt of the approved Fee and sending the releases discussed herein, the Receivership shall be **TERMINATED**. At that time, Receiver and his agents are automatically discharged from all liability, claims and causes of action and from further duties and responsibilities relating to the Receivership in this case except as specified in this Order. Receiver shall file an acknowledgement with the Court within three (3) business days of this Order, advising whether he has received the approved Fee.

9. Upon Receiver's filing of the acknowledgment of receipt of the $US171,404.72, the Receivership will be fully and finally dissolved. The Receiver's objections to the dismissal documents previously submitted, ECF No. 151, shall be **WITHDRAWN**, allowing for the final disposition of the case by the Court.

10. All relief not expressly granted is **DENIED**.

**IT IS SO ORDERED.**

SIGNED December 17, 2025.

Dena Palermo
______________________________
**Dena Hanovice Palermo**
**United States Magistrate Judge**

AGREED AS TO FORM AND SUBSTANCE:

/s/ Alan Ray San Miguel w/perm______________________________
Alan Ray San Miguel
Texas Bar No. 24072323
Southern District Bar No. 1132614
Grant McEwen
Texas Bar No. 24062880
SAN MIGUEL ATTORNEYS, P.C.
25211 Grogans Mill Road, Suite 110

The Woodlands, TX 77380
713-795-5299
Fax: 281-907-8784
Email: service@sanmiguel.law
Counsel for Defendant Jorge Romo, Jr.

/s/ Alan N. Magenheim w/perm________________________________________
Alan N. Magenheim
State Bar No. 12816200
MAGENHEIM ◊ ZEHNDER
3701 Kirby Dr., Ste. 730
Houston, TX 77098
(713) 529-1700
(713) 529-1705 (Fax)
Alan@magenheimlaw.com
Co-Counsel for Defendant Jorge Romo, Jr.

/s/ David A. Fettner_________________
David A. Fettner
6700 Sands Point Drive
Houston, Texas 77074
Phone: (713) 626-7277
Fax: (888) 876-2292
Texas Bar No.: 00784048
Email: receiver@receivertexas.com
*Court-Appointed Receiver*

/s/ Javier Gonzalez_________________________________________
Javier Gonzalez
Texas State Bar No. 24119697
JACKSON WALKER, LLP
Email: jgonzalez@jw.com
1401 McKinney, Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Counsel for Plaintiff Oscar Fernando Gonzalez Obregon

/s/ Matthew C. Hoffman_________________________________________
Matthew C. Hoffman
Fed. I.D. No. 2422946
Ethan J. Nutter
Fed. I.D. No. 3716563
Ryan Y. Sun
Fed. I.D. No. 3708326
VINSON & ELKINS LLP

845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel: (713) 758-2838
moffman@velaw.com
enutter@velaw.com
rsun@velaw.com
Counsel for Intervenor 6J Ace Marketing Inc.